STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
brandon.jaroch@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUTHER JOSEPH HARPER, <br><br> Defendant. | Case No.: 2:17-mj-0652-PAL <br><br> GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |

The United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and BRANDON C. JAROCH, Assistant United States Attorney, pursuant to Fed. R. Crim. P. 48(a), brings the following motion to dismiss the Criminal Complaint, filed in this matter on June 19, 2017, as to the captioned defendant in the interests of justice and without prejudice. ECF No. 4. The government has been diligently trying to analyze forensic evidence in this matter but the results have not been returned as of yet. While pending, the parties attempted to negotiate the matter in good faith but were unable to come to a resolution.

The government moves for the dismissal of the Criminal Complaint without prejudice against the named defendant, LUTHER JOSEPH HARPER, filed in this matter on June 19, 2017.

Dated this 29th day of August, 2017.

                                STEVEN W. MYHRE
                                Acting United States Attorney

                                */s/ Brandon C. Jaroch*
                                BRANDON C. JAROCH
                                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-mj-0652-PAL |
| Plaintiff, | ORDER |
| vs. | |
| LUTHER JOSEPH HARPER, | |
| Defendant. | |

Based on the representations contained in the Government's motion and good cause appearing:

IT IS ORDERED that the Criminal Complaint against the defendant, filed in this matter on June 19, 2017, is dismissed without prejudice.

DATED this 29th day of August, 2017.

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE